■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN JOHNSON, Appellant. [749 NYS2d 444] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 9, 2001 (*People v Johnson,* 282 AD2d 548), affirming a judgment of the Supreme Court, Queens County, rendered May 17, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Feuerstein, J.P., Smith, Krausman and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT LARGO, Appellant. [749 NYS2d 443] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 9, 2001 (*People v Largo,* 282 AD2d 548), affirming a judgment of the Supreme Court, Queens County, rendered April 26, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Santucci, J.P., S. Miller, Friedmann and Schmidt, JJ., concur.